UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:22-cr-00156

**United States of America**

v.

**Nicole Joni Culpepper**

# ORDER

This criminal action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b)(3). Judge Love held a final revocation hearing on September 17, 2024, and issued a report and recommendation that defendant's term of supervised release should be revoked. Doc. 20 at 1. Defendant waived her right to object to the report, agreed to the revocation of her supervised release, agreed to the sentence below, and waived her right to be present for sentencing. Doc. 19.

Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. The court orders that the defendant be sentenced to imprisonment for a period of twelve months and 1 day to run consecutive to state sentence 241-2196-22 out of the 241st Judicial District Court in Smith County, Texas, with no supervised release to follow. The court recommends that the defendant serve her sentence at FCI Bryan, Texas or FCI Carswell, Texas, if Bryan is unavailable.

*So ordered by the court on September 24, 2024.*

J. CAMPBELL BARKER
United States District Judge